AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Eight U.S. Postal Parcels located at the Washington General Mail Facility, Washington, DC

Case: 1:18-sw-00008
Assigned To : Robinson, Deborah A.
Assign. Date : 1/11/2018
Description: Search and Seizure Warrant

)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before   January 25   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   JAN 11 2018  11:28 am

Judge's signature

City and state:   WASHINGTON, D.C.     DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:18-SW-0008 | Date and time warrant executed:<br>1-11-18 @ 2:16 PM | Copy of warrant and inventory left with:<br>U.S.P.S |
| Inventory made in the presence of:<br>MPD-NSID Det V. Witkowski |||
| Inventory of the property taken and name of any person(s) seized: |||

**FILED**

**JUL 0 3 2019**

Clerk, U.S. District and
Bankruptcy Courts

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-24-19

*Executing officer's signature*

James Ussery  Postal Inspector
*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (E) EL 833 775 005 US | Approximately 1425 grams of a green, leafy, plantlike substance, suspected to marijuana, inside three heat sealed bags. |
| 2. | (E) EL 806 603 567 US | No CDS or CDS proceeds, parcel returned to the mail stream. |
| 3. | (E) EL 118 613 678 US | Approximately 250 grams of a green, leafy, plantlike substance, suspected to marijuana, inside one heat sealed bag. |
| 4. | (E) EM 066 307 794 US | Approximately 1665 grams of THC related products, to include five THC labeled syrup bottles, two THC labeled candy bars, six THC labeled gummy candy packs, four THC labeled candy chews, two glass canisters of suspected THC oil, 17 wax papers of suspected THC wax, five plastic canisters of suspected THC oil. |
| 5. | (E) EL 946 057 978 US | Approximately 2270 grams of green, leafy, plantlike substance, suspected to marijuana, formerly inside 7 broken glass jars (now inside plastic evidence bag) and THC related products, to include 48 glass canisters with suspected marijuana cigarettes inside. |
| 6. | (P) 9405 5102 0082 8612 4464 83 | Approximately 2955 grams of a green, leafy, plantlike substance, suspected to marijuana, inside six heat sealed bags. |
| 7. | (P) 9505 5138 0723 7361 1407 90 | Approximately 1440 grams of a green, leafy, plantlike substance, s one large heat sealed bag. |
| 8. | (P) 9505 5100 4179 7347 0930 10 | No narcotics or narcotics proceeds seized, sent to USPIS lab to acquire fingerprints of suspect(s) who entered parcel and removed suspected narcotics from within. |